# FINANCIAL INSTITUTIONS APPROVED AS DEPOSITORIES
## OF TRUST ACCOUNTS OF ATTORNEYS

**Bank Code**     **A.**

| | |
|---|---|
| 595 | Abacus Federal Savings Bank |
| 2 | ACNB Bank |
| 613 | Allegent Community Federal Credit Union |
| 375 | Altoona First Savings Bank |
| 376 | Ambler Savings Bank |
| **532** | **AMERICAN BANK (PA)** |
| 615 | Americhoice Federal Credit Union |
| **116** | **AMERISERV FINANCIAL** |
| 648 | Andover Bank (The) |
| 377 | Apollo Trust Company |

**Bank Code**     **B.**

| | |
|---|---|
| 558 | Bancorp Bank (The) |
| 485 | Bank of America, NA |
| **662** | **BANK OF BIRD-IN-HAND** |
| 415 | Bank of Landisburg (The) |
| 664 | BankUnited, NA |
| 501 | BELCO Community Credit Union |
| **673** | **BENCHMARK FEDERAL CREDIT UNION** |
| 652 | Berkshire Bank |
| 663 | BHCU |
| 5 | BNY Mellon, NA |
| 392 | Brentwood Bank |
| 495 | Brown Brothers Harriman Trust Co., NA |

**Bank Code**     **C.**

| | |
|---|---|
| 654 | CACL Federal Credit Union |
| 618 | Capital Bank, NA |
| 136 | Centric Bank |
| **394** | **CFS BANK** |
| 623 | Chemung Canal Trust Company |
| 599 | Citibank, NA |
| 238 | Citizens & Northern Bank |
| 561 | Citizens Bank, NA |
| 206 | Citizens Savings Bank |
| 576 | Clarion County Community Bank |
| 660 | Clarion FCU |
| 591 | Clearview Federal Credit Union |
| 23 | CNB Bank |

| | |
|---|---|
| 223 | Commercial Bank & Trust of PA |
| 21 | Community Bank (PA) |
| 371 | Community Bank, NA (NY) |
| 132 | Community State Bank of Orbisonia |
| 380 | County Savings Bank |
| 536 | Customers Bank |

**Bank Code**     **D.**

| | |
|---|---|
| 339 | Dime Bank (The) |
| 27 | Dollar Bank, FSB |

**Bank Code**     **E.**

| | |
|---|---|
| 500 | Elderton State Bank |
| 567 | Embassy Bank for the Lehigh Valley |
| 541 | Enterprise Bank |
| 28 | Ephrata National Bank |
| 601 | Esquire Bank, NA |
| 340 | ESSA Bank & Trust |

**Bank Code**     **F.**

| | |
|---|---|
| 629 | 1st Colonial Community Bank |
| 158 | 1st Summit Bank |
| 31 | F & M Trust Company – Chambersburg |
| 658 | Farmers National Bank of Canfield |
| 205 | Farmers National Bank of Emlenton (The) |
| 34 | Fidelity Deposit & Discount Bank (The) |
| 583 | Fifth Third Bank |
| 661 | First American Trust, FSB |
| 643 | First Bank |
| 174 | First Citizens Community Bank |
| 191 | First Columbia Bank & Trust Company |
| 539 | First Commonwealth Bank |
| 674 | First Commonwealth Federal Credit Union |
| 504 | First Federal S & L Association of Greene County |
| 525 | First Heritage Federal Credit Union |
| 42 | First Keystone Community Bank |
| 51 | First National Bank & Trust Company of Newtown (The) |
| 48 | First National Bank of Pennsylvania |

| 426 | First Northern Bank & Trust Company | 488 | Jonestown Bank & Trust Company |
| 604 | First Priority Bank, a division of Mid Penn Bank | 659 | JPMorgan Chase Bank, NA |
| **592** | **FIRST RESOURCE BANK** | **72** | **JUNIATA VALLEY BANK (THE)** |
| 657 | First United Bank & Trust | | |
| 408 | First United National Bank | | |
| 151 | Firstrust Savings Bank | | **Bank Code          K.** |
| 416 | Fleetwood Bank | | |
| 175 | FNCB Bank | 651 | KeyBank NA |
| **647** | **FORBRIGHT BANK** | 414 | Kish Bank |
| 291 | Fox Chase Bank | | |
| 241 | Franklin Mint Federal Credit Union | | |
| 639 | Freedom Credit Union | | **Bank Code          L.** |
| 58 | Fulton Bank, NA | | |
| | | 78 | Luzerne Bank |

**Bank Code          G.**

| 499 | Gratz Bank (The) |
| 498 | Greenville Savings Bank |

**Bank Code          M.**

| 361 | M & T Bank |

**Bank Code          H.**

| | | 386 | Malvern Bank, NA |
| | | 510 | Marion Center Bank |
| 244 | Hamlin Bank & Trust Company | 387 | Marquette Savings Bank |
| 362 | Harleysville Savings Bank | 81 | Mars Bank |
| 363 | Hatboro Federal Savings | 367 | Mauch Chunk Trust Company |
| 463 | Haverford Trust Company (The) | 511 | MCS (Mifflin County Savings) Bank |
| 606 | Hometown Bank of Pennsylvania | 641 | Members 1st Federal Credit Union |
| 68 | Honesdale National Bank (The) | 555 | Mercer County State Bank |
| 350 | HSBC Bank USA, NA | 192 | Merchants Bank of Bangor |
| **364** | **HUNTINGDON VALLEY BANK** | 671 | Merchants Bank of Indiana |
| 605 | Huntington National Bank (The) | 610 | Meridian Bank |
| 608 | Hyperion Bank | 294 | Mid Penn Bank |
| | | **276** | **MIFFLINBURG BANK & TRUST COMPANY** |
| | | 457 | Milton Savings Bank |
| | | **596** | **MOREBANK, A DIVISION OF** |
| | | | **BANK OF PRINCETON (THE)** |

**Bank Code          I.**

| 669 | Industrial Bank |
| 365 | InFirst Bank |
| 557 | Investment Savings Bank |
| 526 | Iron Workers Savings Bank |
| 668 | Inspire FCU |
| 670 | Investors Bank |

| **484** | **MUNCY BANK & TRUST COMPANY (THE)** |

**Bank Code          N.**

| 433 | National Bank of Malvern |
| 168 | NBT Bank, NA |
| 347 | Neffs National Bank (The) |
| **434** | **NEW TRIPOLI BANK** |
| 15 | NexTier Bank, NA |
| 636 | Noah Bank |
| 638 | Norristown Bell Credit Union |
| 666 | Northern Trust Co. |
| 439 | Northumberland National Bank (The) |

**Bank Code          J.**

| 70 | Jersey Shore State Bank |
| 127 | Jim Thorpe Neighborhood Bank |

93    Northwest Bank

**Bank Code      O.**

653    OceanFirst Bank
489    OMEGA Federal Credit Union
 94    Orrstown Bank

**Bank Code      P.**

**598    PARKE BANK**
584    Parkview Community Federal Credit Union
 40    Penn Community Bank
540    PennCrest Bank
419    Pennian Bank
447    Peoples Security Bank & Trust Company
 99    PeoplesBank, a Codorus Valley Company
556    Philadelphia Federal Credit Union
448    Phoenixville Federal Bank & Trust
665    Pinnacle Bank
 79    PNC Bank, NA
449    Port Richmond Savings
667    Premier Bank
354    Presence Bank
451    Progressive-Home Federal Savings & Loan
         Association
637    Provident Bank
456    Prudential Savings Bank
491    PS Bank

**Bank Code      Q.**

107    QNB Bank
560    Quaint Oak Bank

**Bank Code      R.**

452    Reliance Savings Bank
220    Republic First Bank d/b/a Republic Bank

**Bank Code      S.**

153    S & T Bank
316    Santander Bank, NA

460    Second Federal S & L Association of
         Philadelphia
646    Service 1st Federal Credit Union
458    Sharon Bank
462    Slovenian Savings & Loan Association of
         Franklin-Conemaugh
**486    SOMERSET TRUST COMPANY**
633    SSB Bank
**518    STANDARD BANK, PASB**
122    Susquehanna Community Bank

**Bank Code      T.**

143    TD Bank, NA
**656    TIOGA FRANKLIN SAVINGS BANK**
182    Tompkins Vist Bank
577    Traditions Bank
609    Tristate Capital Bank
672    Truist Bank
640    TruMark Financial Credit Union
467    Turbotville National Bank (The)

**Bank Code      U.**

483    UNB Bank
481    Union Building and Loan Savings Bank
634    United Bank, Inc.
472    United Bank of Philadelphia
475    United Savings Bank
600    Unity Bank
232    Univest Bank & Trust Co.

**Bank Code      V.**

611    Victory Bank (The)

**Bank Code      W.**

**119    WASHINGTON FINANCIAL BANK**
121    Wayne Bank
631    Wells Fargo Bank, NA
553    WesBanco Bank, Inc.
494    West View Savings Bank
473    Westmoreland Federal S & L Association
476    William Penn Bank

| | |
|---|---|
| 272 | Woodlands Bank |
| 573 | Woori America Bank |
| 630 | WSFS (Wilmington Savings Fund Society), FSB |

**Bank Code** **X.**

**Bank Code** **Y.**

**Bank Code** **Z.**

## PLATINUM LEADER BANKS

The **HIGHLIGHTED ELIGIBLE INSTITUTIONS** are Platinum Leader Banks – Institutions that go above and beyond eligibility requirements to foster the IOLTA Program. These Institutions pay a net yield at the higher of 1% or 75 percent of the Federal Funds Target Rate on all PA IOLTA accounts. They are committed to ensuring the success of the IOLTA Program and increased funding for legal aid.

## IOLTA EXEMPTION

Exemptions are not automatic. If you believe you qualify, you must apply by sending a written request to the IOLTA Board's executive director: 601 Commonwealth Avenue, Suite 2400, P.O. Box 62445, Harrisburg, PA 17106-2445. If you have questions concerning IOLTA or exemptions from IOLTA, please visit their website at www.paiolta.org or call the IOLTA Board at (717) 238-2001 or (888) PAIOLTA.